IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BITUMINOUS CASUALTY CORPORATION     PLAINTIFF

vs.     NO.: 1:03 CV-1166

ZADECK ENERGY GROUP, INC. and
TRI-STATE OIL TOOL COMPANY, INC.     DEEFNDANTS

## PARTIAL ORDER OF DISMISSAL

It having been represented to the Court that the claims of Bituminous Casualty Corporation against Zadeck Energy Group, Inc. have been fully resolved, the Complaint herein insofar and only insofar as it relates to Zadeck Energy Group, Inc. is dismissed with prejudice. Such dismissal shall not serve as an adjudication of the remaining issues pending herein relating to Bituminous Casualty Corporation and Tri-State Oil Tool Company, Inc.

IT IS SO ORDERED.

_____
Honorable Harry F. Barnes

11/14/05
_____
Date

Prepared By:
Francis D. Crumpler, Jr.
Attorney at Law
P.O. Box 701
Magnolia, AR 71754-0701
AR Bar No. 81040

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 1 4 2005
CHRIS R. JOHNSON, CLERK