IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


BITUMINOUS CASUALTY CORPORATION                    PLAINTIFF


VS.                                CASE NO. 03-CV-1166


ZADECK ENERGY GROUP, INC. and
TRI-STATE OIL TOOL COMPANY, INC.                          DEFENDANTS


## ORDER

Before the Court is Plaintiff Bituminous Casualty Corporation's Motion for Summary

Judgment.  Separate Defendant Tri-State Oil Tool Company, Inc. has responded.  Also before

the Court is a Motion for Summary Judgment and a Counterclaim for consequential damages

filed on behalf of Separate Defendant Tri-State.  Bituminous has responded.  For the reasons

discussed in the Memorandum Opinion of even date, the Court finds that Bituminous' Motion

for Summary Judgment should be and hereby is **granted** in part and **denied** in part.  The Motion

for Summary Judgment filed on behalf of Tri-State should be and hereby is **denied**.  Tri-State's

Counterclaim for consequential damages is hereby **dismissed.**

IT IS SO ORDERED, this 14th day of December, 2005.


        /s/Harry F. Barnes
        Hon. Harry F. Barnes
        United States District Judge